UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABC, <br><br> Plaintiff, <br><br> v. <br><br> DEF, <br><br> Defendant. | 24-CV-3702 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

By **May 28, 2024**, Plaintiff shall file a letter, not to exceed three pages, addressing why continued sealing of this case is necessary.

SO ORDERED.

Dated: May 21, 2024
New York, New York

                                                                          _____
                                                                          DALE E. HO
                                                                          United States District Judge