Case 1:24-cv-03702-DEH   Document 34   Filed 05/08/25   Page 1 of 3
Case 1:24-mc-00212-LAP   Document 3   Filed 05/10/24   Page 1 of 1
Case 1:24-mc-00212-LAP   Document 1-5 (Ex Parte)   Filed 05/09/24   Page 1 of 1

24cv3702

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISAAC SOLEIMANI

　　　　Plaintiff,

　　v.

WHITE OAK GLOBAL ADVISORS, LLC

　　　　Defendant.

---

Misc. No.:

**ORDER TO FILE CIVIL CASE UNDER SEAL**

　　Plaintiff, having moved to file a new civil case under seal and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) order this case to be filed under seal, it is hereby

　　ORDERED this case may be filed under seal. The parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

　　The Clerk is directed to restrict access to this order to the selected party viewing level and close this case, subject to reconsideration by the assigned judge

Dated: May 10, 2024
New York, New York

　　　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　_Loretta A. Preska_

　　　　　　　　　　　　　　　　　　Part One

Case 1:24-cv-03702-DEH   Document 34   Filed 05/08/25   Page 2 of 3
Case 1:24-mc-00212-LAP   Document 3   Filed 05/10/24   Page 1 of 1
Case 1:24-mc-00212-LAP   Document 1-5 (Ex Parte)   Filed 05/09/24   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISAAC SOLEIMANI

           Plaintiff,

v.

WHITE OAK GLOBAL ADVISORS, LLC

           Defendant.

Misc. No.:

**ORDER TO FILE CIVIL CASE UNDER SEAL**

---

Plaintiff, having moved to file a new civil case under seal and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) order this case to be filed under seal, it is hereby

ORDERED this case may be filed under seal. The parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

The Clerk is directed to restrict access to this order to the selected party viewing level and close this case, *subject to reconsideration by the assigned judge*

Dated: May 10, 2024
New York, New York

                                                                             SO ORDERED:

                                                                             *Loretta A. Preska*

                                                                               Part One

Case 1:24-cv-03702-DEH   Document 34   Filed 05/08/25   Page 3 of 3
Case 1:24-mc-00212-LAP   Document 3   Filed 05/10/24   Page 1 of 1
Case 1:24-mc-00212-LAP   Document 1-5 (Ex Parte)   Filed 05/09/24   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAAC SOLEIMANI<br><br>Plaintiff,<br><br>v.<br><br>WHITE OAK GLOBAL ADVISORS, LLC<br><br>Defendant. | Misc. No.:<br><br>**ORDER TO FILE CIVIL CASE UNDER SEAL** |

Plaintiff, having moved to file a new civil case under seal and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) order this case to be filed under seal, it is hereby

ORDERED this case may be filed under seal. The parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

The Clerk is directed to restrict access to this order to the selected party viewing level and close this case, *subject to reconsideration by the assigned judge*

Dated: May 10, 2024
New York, New York

SO ORDERED:

*Loretta A. Preska*

Part One