**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ISAAC SOLEIMANI,

                Plaintiff,

-against-                                  24 **CIVIL** 3702 (DEH)

                                           **JUDGMENT**

WHITE OAK GLOBAL ADVISORS, LLC,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated Jul 21, 2025, Defendant WOGA's Motion to Dismiss is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York

       July 22, 2025

                                                       **TAMMI M. HELLWIG**

                                                       **Clerk of Court**

                               **BY:**

                                                        **Deputy Clerk**